UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

v.

                                Case No.: 8:13-cv-855-T-35-TBM

**CHRISTOPHER MCNALLY,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Amended Motion to Reopen Case to File a Consent Motion for a Consent Order to Permanently Seal Exhibit "C" to Plaintiff's Amended Complaint Under Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 1.09 ("Motion to Reopen Case"). (Dkt. 23) On April 4, 2013, Plaintiff filed this action against Defendant alleging copyright infringement. (Dkt. 1) On August 8, 2013, with the consent of the Court, Plaintiff filed an Amended Complaint with the same allegation. (Dkt. 15) On September 18, 2013, Plaintiff filed a Notice on Voluntary Dismissal. (Dkt. 18) On September 27, 2013, the Court dismissed this action without prejudice and closed this action. (Dkt. 19)

Now, Defendant seeks to reopen this action, have the Court consider his Consent Motion for a Consent Order to Permanently Seal Exhibit "C" of Plaintiff's Amended Complaint ("Consent Motion for a Consent Order"), and to have an order entered sealing Exhibit "C" of Plaintiff's Amended Complaint. Defendant attached his

proposed Consent Motion for a Consent Order to his Motion to Reopen Case. Additionally, Defendant seeks to have this Motion to Reopen Case filed under seal.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Defendant's Amended Motion to Reopen Case to File a Consent Motion for a Consent Order to Permanently Seal Exhibit "C" to Plaintiff's Amended Complaint Under Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 1.09 (Dkt. 23) is **GRANTED.**

2. Defendant's Motion to Reopen Case to File a Consent Motion for a Consent Order to Permanently Seal Exhibit "C" to Plaintiff's Amended Complaint Under Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 1.09 (Dkt. 21) is **DENIED as moot.**

3. The Clerk is directed to **REOPEN** this case for the following specific purposes:

    a. to **SEAL** Exhibit C of Plaintiff's Amended Complaint located at Docket Number 15 and Exhibit C of Plaintiff's Complaint located at Docket Number 1;

    b. to **SEAL** Defendant's Amended Motion to Reopen Case to File a Consent Motion for a Consent Order to Permanently Seal Exhibit "C" to Plaintiff's Amended Complaint Under Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 1.09 (Dkt. 23); and

    c. to **SEAL** Defendant's Motion to Reopen Case to File a Consent Motion for a Consent Order to Permanently Seal Exhibit "C" to Plaintiff's

       Amended Complaint Under Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 1.09 (Dkt. 21).

4. Thereafter, the Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE


Copies furnished to:
All Counsel of Record
All *Pro Se* parties